Adele Marie Comyns, Respondent, v. Thomas F. Kaughran, Appellant.— Judgment affirmed, with costs. No opinion.

Susan Agnes Kaughran, Respondent, v. Thomas F. Kraughran, Appellant.— Judgment affirmed, with costs. No opinion.

Agnes Steinert, an Infant, by Andrew Steinert, Her Guardian ad Litem, Respondent, v. Western Electric Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence.

Mary Finnigan, Administratrix, etc., of James Finnigan, Deceased, Appellant, v. New York Contracting Company, Pennsylvania Terminal, Respondent.— Judgment and order affirmed, with costs, on the authority of 122 Appellate Division, 712. (Houghton, J., dissenting.)

William Rutland, an Infant, by Mary A. Rutland, His Guardian ad Litem, Respondent, v. Henry C. Piercy, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500; in which event judgment, as so modified, and order affirmed, without costs. No opinion. Settle order on notice.

Charles A. Hess and Mark G. Holstein, Respondents, v. Emily E. Burns and Morrison Rogers, Individually, and as Executors, etc., of Samuel F. Burns, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion.

William M. Murphy, as Administrator, etc., of Mary J. Murphy, Deceased, Appellant, v. Arnold Tisch, Respondent, Impleaded with the City of New York and American Swan Boat Company.— Judgment affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Henry L. Joyce, Appellant, v. Manhattan Lighterage and Transportation Company, Respondent.— Judgment affirmed, with costs. No opinion.

Thomas D. Merrigan, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Milton G. Bucky, Respondent, v. Ben Franklin Insurance Company, Appellant. · (No. 1.) — Judgment and order affirmed, with costs. No opinion.

Milton G. Bucky, Respondent, v. Ben Franklin Insurance Company, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin, J., dissenting.)

John O. Baker, Appellant, v. William Seggie, Respondent.— Judgment and order affirmed, with costs. No opinion. (Clarke and Scott, JJ., dissenting.)

Beatrice Dreyfus, Appellant, v. Emil Dreyfus, Respondent.— Judgment affirmed, with costs. No opinion.

Lawrence E. Kohl, Respondent, v. George J. Jetter, Appellant.—Judgment and order affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Henry W. Schlesinger, Appellant, v. Charles Weber and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Rosie Bary and Fishel Charap, Appellants, v. Jacob Levin, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Catherine Poillon, Appellant, v.